**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PHILIP GORDON,

        Plaintiff,

Case No. 3:12-cv-723-J-12JRK

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

**O R D E R**

This cause is before the Court on the Affidavit of Indigency (Doc. No. 2), filed June 25, 2012, which the Court construes as a Motion for Leave to Proceed In Forma Pauperis. Upon review, Plaintiff's request to proceed in forma pauperis is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida on June 28, 2012.

                                                   */s/ James R. Klindt*
                                                   JAMES R. KLINDT
                                               United States Magistrate Judge

jld
Copies to:
Counsel of Record