UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHILIP GORDON,

    Plaintiff,

v.          Case No. 3:12-cv-723-J-12JRK

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

___

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a **Track One Case**. Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track.

          SHERYL L. LOESCH, CLERK


          By: s/JoAnne Eichelberger
          Deputy Clerk

DATE: July 20, 2012

*Copies to Counsel of Record*