## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

PHILIP GORDON,

                Plaintiff,

vs.                             Case No.  3:12-cv-723-J-12JRK

MICHAEL ASTRUE,
Commissioner of Social Security,

                Defendant.
_____/

### SCHEDULING ORDER

      This cause is before the Court on the parties' Consent to the Exercise of Jurisdiction by a United States Magistrate Judge. In order to facilitate the prompt disposition of this case by the Court, the parties are **ORDERED** to **file** memoranda in support of their respective positions as follows:

      1.    Plaintiff shall file a memorandum in support of the allegations contained in the Complaint by **OCTOBER 15, 2012**. Plaintiff must identify with particularity the grounds upon which the administrative decision is being challenged.  Any such challenges must be supported by citation to the record of the pertinent facts and by citations of the governing legal standards. Any contention for which these requirements are not met is subject to being disregarded for insufficient development.

      2.    Defendant shall file a memorandum in support of his position by **DECEMBER 14, 2012**. Defendant must support the arguments asserted by citation to the record of the pertinent facts and by citations of the governing legal standards.

3.    Motion practice under Rule 12(c) (judgment on the pleadings) or Rule 56 (summary judgment), Federal Rules of Civil Procedure, is considered inappropriate.

**DONE AND ORDERED** at Jacksonville, Florida on August __15__, 2012.

_____
JAMES R. KLINDT
United States Magistrate Judge

mdc

Copies to:

Counsel of Record